IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS LOPEZ CHAVEZ,<br><br>        Petitioner,<br><br> vs.<br><br>BEN CURRY,<br><br>        Respondent. | No. C 09-2521 LHK (PR)<br><br>ORDER DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL |

Petitioner, a state prisoner, filed a petition in pro se for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging a decision of the Board of Parole Hearings. On December 21, 2010, the Court denied the petition, and denied a certificate of appealability. On January 25, 2011, Petitioner filed a motion for leave to proceed in forma pauperis ("IFP") on appeal. (Docket No. 20.) When Petitioner first filed this action, he paid the district court filing fee; therefore, he was not proceeding IFP in this Court. Petitioner does need permission to proceed IFP on appeal. See Fed. R. App. P 24(a)(1). Because the appeal is not taken in good faith, see 28 U.S.C. § 1915(a)(3), the motion is DENIED. Petitioner may renew the motion in the Court of Appeal. See Fed. R. App. P. 24(a).

IT IS SO ORDERED.

Dated:  5/23/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Denying Motion for Leave to Proceed In Forma Pauperis on Appeal
P:\PRO-SE\SJ.LHK\HC.09\Chavez521ifpapp.wpd